This document was signed electronically on April 26, 2016, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 26, 2016



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| In re: | : | |
|---|---|---|
| | : | |
| Brian Capien | : | Case No.: 16-50241 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## AGREED ORDER TO SETTLE OBJECTION TO CONFIRMATION OF PLAN
## (DOCKET # 13)

This matter having come before the Court on the Objection to Confirmation of Plan which was filed in this court by Woods Cove III, LLC ("Creditor") and it appearing to the Court that the parties have agreed to a course of action for the protection of Creditor; and the Court, being otherwise fully advised in the premises, issues the following Order with respect thereto:

16-003853_JMR

1. Creditor's secured claim #6 in the amount of $3,352.56 at 15.50 % for the full 2012 tax certificate price.

2. Creditor's secured claim #7 in the amount of $2,890.82 at 18.00% for the 2013 tax sub certificate price.

3. Creditor's secured claim #8 in the amount of $2,753.92 at 18.00% for the 2014 tax sub certificate price.

4. Creditor's secured claim in the amount of $3,487.89 at 0.00% for the pre-petition interest in the amount of $1,658.60 for claim #6, $1,231.73 for claim #7 and $597.56 for claim #8.

5. Creditor's total estimated unsecured claim is $3,646.25 which represents fees and costs.

6. All claims shall be paid according to Creditor's Proof of Claims (as may be subsequently amended), subject to objection by Debtor. Confirmation of the Plan shall have no res judicata effect with respect to the amount of the claims of Creditor under 11 U.S.C. § 1327 or other applicable bankruptcy and/or non-bankruptcy law.

7. In the event Debtor seeks to amend or otherwise modify the Plan subsequent to this Order, and the terms of the Amended or Modified Plan conflict with the terms of this Order, the terms of this Order shall control over the Amended or Modified Plan.

8. Creditor's Objection to Confirmation is hereby withdrawn.

###

**SUBMITTED BY:**

/s/ Daniel C. Wolters
Daniel C. Wolters (0076521)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: dcwolters@manleydeas.com
Attorney for Creditor



Approved by:


/s/ Warner Mendenhall
Warner Mendenhall (0070165)
The Law Offices of Warner Mendenhall
190 N Union Street #201
Akron, OH 44304
Telephone: 330-535-9160
Fax: 330-762-9743
Email: warnermendenhall@gmail.com
Attorney for Debtor

/s/ Keith L. Rucinski
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, Ohio 44308
Tel 330.762.6335
Fax 330.762.7072
Krucinski@ch13akron.com
jferrise@ch13akron.com

Copies to:

Brian Capien
Debtor
308 Bender Avenue
Akron, OH 44312
(notified by regular US Mail)

Brian Capien
Debtor
308 Bender Ave
Akron, OH 44312
(notified by regular US Mail)

Warner Mendenhall
Attorney Debtor
The Law Offices of Warner Mendenhall
190 N Union Street #201
Akron, OH 44304
warnermendenhall@gmail.com
(notified by ecf)

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza
Suite 2020
Akron, OH 44308
efilings@ch13akron.com
(notified by ecf)

Summit County Fiscal Officer
Party of Interest
175 South Main Street
Akron , OH 44308
(notified by regular US Mail)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)

Daniel C. Wolters
Attorney for Creditor
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
dcwolters@manleydeas.com
(notified by ecf)